Leslie NEWTON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Dec. 8, 1942.

John S. Cooper and R. C. Tartar for movant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Virgil D. PRESNELL, Movant, v. JEFFERSON STANDARD LIFE INSURANCE CO., Opposed.

Court of Appeals of Kentucky.

Dec. 8, 1942.

Charles Ferguson for movant.

Bruce & Bullitt and Robert Lee Blackwell, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

ESTILL COUNTY, Appellant, v. Wade KIRBY, Appellee.

Court of Appeals of Kentucky.

Dec. 11, 1942.

H. E. Hay for appellant.

Shumate & Shumate for appellee.

PER CURIAM.

Motion for appeal denied and judgment affirmed.